FILED

2017 JUN -6  PM 2: 05

CLERK ... DISTRICT ...
WEST... ... ... TEXAS
BY _____

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

FRANCISCO RIZO and
HERMELINDA RIZO,
        **Plaintiffs,**

-vs-                                              **CAUSE NO.:**
                                                  **A-17-CA-00347-SS**

STATE AUTO PROPERTY &
CASUALTY INSURANCE COMPANY
and DUSTIN CHARLES BRADFORD,
        **Defendants.**

## O R D E R

BE IT REMEMBERED on the 5th day of June 2017, the Court held a hearing in the

above-styled cause, and the parties appeared by and through counsel. In confirmation of its oral

pronouncements at the hearing, the Court now enters the following:

IT IS ORDERED that Plaintiffs' Unopposed Motion for Leave to File their First

Amended Complaint [#18] is GRANTED; and

IT IS FINALLY ORDERED that Defendants' Motion to Dismiss [#3] is

DISMISSED AS MOOT.

SIGNED this the ___6ᵗʰ___ day of June 2017.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

